**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7714**

DANNY GLASS,

Plaintiff - Appellant,

v.

VARIOUS GUARDS UNKNOWN, Day Shift - Unit 13-3-R,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:13-cv-00604-AWA-DEM)

Submitted: March 12, 2015          Decided: March 17, 2015

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Danny Glass, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Glass appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Glass v. Various Guards Unknown, No. 2:13-cv-00604-AWA-DEM (E.D. Va. Oct. 23, 2014).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED